JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>$53,830.00 IN U.S. CURRENCY,<br>Defendant. | Case No.  2:22-cv-07694-JLS-RAO<br><br>**JUDGMENT OF FORFEITURE** |

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title, and interest of all potential claimants including, Andrew Osborne and Jerrell Anderson, in the defendant $53,830.00 in U.S. Currency are condemned and forfeited to the United States of America, which shall dispose of the defendant currency in the manner required by law.

DATED:  June 5, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE